# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　　　:

　　　　　v.　　　　　　　　　　　　:　　　**CRIMINAL NO. 16-273**

**GEORGE BARNARD**　　　　　　　　　:

## ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1.　　　As a result of defendant George Barnard's guilty plea as to Counts One through Thirty of the Indictment, which charged wire fraud, in violation of 18 U.S.C. Section 1343, and bank fraud, in violation of 18 U.S.C. Section 1344, the defendant is required and has agreed pursuant to the plea agreement entered in this case to criminally forfeit his interest in any property, real or personal, that constitutes or is derived from, proceeds obtained from the commission of wire fraud, as charged in Counts One through Twenty-Four of the Indictment, pursuant to 18 U.S.C. Section 981(a)(1)(C), and/or obtained from the commission of bank fraud, as charged in Counts Twenty-Five through Thirty, pursuant to 18 U.S.C. Section 982(a)(2). Moreover, the government has established that one or more of the conditions set forth in Title 21, United States Code, Section 853(p), exists.

2.　　　All property, real or personal, constituting, or derived from, proceeds that the defendant obtained from the commission of such offenses is forfeited to the United States.

3.　　　The Court has determined, based upon the facts set forth in the government's sentencing memorandum, that the sum of **$4,262,279.38** is the value of the property constituting, or derived from, proceeds the defendant obtained from the commission of the offenses charged in Counts One through Thirty of the Indictment, and that are traceable to

the commission of such offense, and the government has established the requisite nexus between such sum and the defendant's offenses as charged in Counts One through Thirty of the Indictment.

4.    The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(2), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $4,262,279.38 in proceeds that the defendant obtained as a result his commission of the offenses charged in Counts One through Thirty of the Indictment. The motion is GRANTED. The United States is entitled to forfeit the $4,262,279.38 in proceeds that the defendant obtained as a result of his commission of the offenses charged in Counts One through Thirty of the Indictment.

5.    A money judgment in the amount of **$4,262,279.38** is hereby entered against the defendant.

6.    The United States is entitled to forfeit substitute assets equal to the value of the proceeds obtained by defendant George Barnard as a result of his violations of Title 18, United States Code, Sections 1343 and 1344, and such substitute assets shall not exceed the value of the proceeds that the defendant obtained.

7.    Any property recovered from the defendant and forfeited by the government shall reduce the defendant's outstanding liability on the forfeiture amount.

8.    Upon entry of this Order, the Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

9.    Because the government does not seek forfeiture of any specific asset at this time, advertisement of the judgment and third-party proceedings are not required. Federal

2

Rule of Criminal Procedure 32.2 (c)(1) (no ancillary proceedings to address third-party claims required where specific property is not being forfeited).

10.     Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this forfeiture Order shall become final as to the defendant at the time of sentencing and shall be made part of the defendant's sentence and included in the judgment and commitment order.

11.     The Court shall retain jurisdiction to enforce this forfeiture Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

12.     The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this forfeiture Order to the Federal Bureau of Investigation, the United States Marshals Service, and to counsel for the parties.

ORDERED this 26 day of ___July___, 2018.

_____
HONORABLE LAWRENCE F. STENGEL
*Chief Judge, United States District Court*

3