# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　**Plaintiff,**<br>**v.**<br>**GEORGE BARNARD**<br>　　　　**Defendants.** | **CIVIL ACTION NO. 16-273** |

## ORDER

**AND NOW,** this 18th day of November 2020, upon review of the docket, and upon the Court discovering that Defendant has been released from BOP custody and placed into a Residential Reentry Placement unit until his projected release date of 12/29/2021 [see Attachment A], the Parties are hereby **ORDERED** to show cause within 14 days from the date of this Order why the Court should not dismiss Defendant's motion for compassionate release as moot.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

| | |
|---|---|
| **From:** | Erica Pratt |
| **To:** | Cynthia Rufe |
| **Cc:** | Bryan Shapiro |
| **Subject:** | Fw: George Barnard 75406-066 |
| **Date:** | Wednesday, November 18, 2020 8:43:22 AM |

**From:** CPA-CCM-S <CPA-CCM-S@bop.gov>
**Sent:** Tuesday, November 17, 2020 4:44 PM
**To:** Erica Pratt <Erica_Pratt@paed.uscourts.gov>
**Subject:** Re: George Barnard 75406-066

**CAUTION - EXTERNAL:**

Good Afternoon,

Inmate Barnard is a federal inmate participating in a Residential Reentry Placement until his release date of 12/29/2021. I hope this answers your question.

Let me know if you need anything else.

thanks
chad

>>> Erica Pratt <Erica_Pratt@paed.uscourts.gov> 11/17/2020 4:33 PM >>>
Good afternoon,

The Court is trying to verify the custody status of the above-named defendant, more specifically if he is released from custody. The BOP'S website has his location listed at Philadelphia RRM. The Court needs this information as defendant has a motion pending with the Court and his custody status is needed to decide said motion. Any assistance you could give would be greatly appreciated.

Thank You

Erica Pratt
Deputy to Judge Rufe
267-299-7499 (telephone)
267-299-7498 (fax)
Erica_Pratt@paed.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.