# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GEORGE BARNARD**<br>        **Defendant.** | **CRIMINAL ACTION NO. 16-273** |

## ORDER

**AND NOW,** this 13th day of January 2021, upon consideration of the Defendant's motion for compassionate release [Doc. No. 62], Defendant's motion requesting judicial recommendation [Doc. No. 73], the Court's show cause order [Doc. No. 74], and the government's response [Doc. No. 75], it is hereby **ORDERED** that Defendant's motion for compassionate release is **DENIED** and Defendant's motion requesting judicial recommendation is **DISMISSED as moot.**[1]

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                **CYNTHIA M. RUFE, J.**

---

[1] On or about August 4, 2020, defendant George Barnard filed a motion seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). On or about August 17, 2020, the government filed a response in opposition to the motion. During the pendency of the motion, on or about November 5, 2020, the Bureau of Prisons released defendant Barnard on home confinement. Because defendant Barnard is no longer incarcerated, and is instead in a residential re-entry center, his proffered reason for requesting compassionate release has become moot. As such, his motion for compassionate release is denied. *See, e.g., United States v. Gonzalez*, 2020 WL 6381982 (S.D. Cal. Oct. 30, 2020) (motion is denied because the defendant has been transferred to home confinement).