| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:16CR00273-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 22 cr 834 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| George Barnard | Eastern District of Pennsylvania | Philadelphia |
| | NAME OF SENTENCING JUDGE | |
| | Lawrence F. Stengel | |
| | DATES OF SUPERVISED RELEASE: | FROM 12-17-21 / TO 12-16-26 |

**OFFENSE**

18:1343 & 2 wire fraud and aiding and abetting (Counts One through 30); 26:7206(1) filing a false tax return (Counts 31 through 33)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 12, 2022                                     /s/ Cynthia M. Rufe, J.
*Date*                                                     *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/14/22                                                 Christine P. O'Hearn
*Effective Date*                                        Hon. Christine P. O'Hearn
                                                         *United States District Judge*